IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH HARVEY | ) | CASE NO. 1:17-cv-02406 |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **JOINT NOTICE OF SIGNED** |
| | ) | **SETTLEMENT AGREEMENT** |
| NATIONAL GENERAL INSURANCE | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Sarah Harvey and Defendant National General Insurance Company, Inc, by and through undersigned counsel, hereby notify the Court that on April 25, 2018, Plaintiff signed the settlement agreement previously presented to the Court for approval on March 29, 2018, which has since been submitted to counsel for Defendant. Due to confidentiality, the signed settlement agreement is not attached. To the extent the Court prefers that a copy of the signed agreement be filed, the parties respectfully request that the Court grant them leave to file the agreement under seal.

WHEREFORE, now that Plaintiff has signed the settlement agreement, the parties request the Court review the Settlement Agreement, issue an Order approving the Settlement Agreement as fair and reasonable, and dismiss with prejudice the claims in this lawsuit in their entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher P. Wido* | */s/ Patrick O. Peters* |
| Christopher P. Wido (0090441) | Patrick O. Peters (0079539) |
| **The Spitz Law Firm, LLC** | Michael J. Kozimor (0092376) |
| 25200 Chagrin Blvd., Suite 200 | **Jackson Lewis P.C.** |
| Beachwood, OH 44122 | Park Center Plaza I, Suite 400 |
| Ph: (216) 291-4744 | 6100 Oak Tree Boulevard |
| Fax: (216) 291-5744 | Cleveland, Ohio 44131 |
| E:  chris.wido@spitzlawfirm.com | Ph: (216) 750-0404 |
| | Fax: (216) 750-0826 |
| *Attorney for Plaintiff Sarah Harvey* | E:   Patrick.Peters@jacksonlewis.com |
| | Michael.Kozimor@jacksonlewis.com |

*Attorneys for Defendant National General Management Corp.*