UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH HARVEY, | ) | Case No: 1:17 CV 2406 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| NATIONAL GENERAL INSURANCE | ) | |
| COMPANY, INC., | ) | |
| | ) | ORDER APPROVING SETTLEMENT |
| Defendant | ) | AND DISMISSAL WITH PREJUDICE |

The court held a hearing on the parties' Joint Motion for Approval of Settlement (ECF No. 12) on April 17, 2018. At that hearing, the court required the parties to obtain the signature of Plaintiff on the Settlement Agreement before approval. The parties have now notified the court that the Plaintiff has signed the settlement documents (ECF No. 14). In light of this fact and the arguments of counsel in support of approval, the courts finds that the settlement is fair, reasonable and adequate. Consequently, the court hereby approves the settlement and, pursuant to the agreement of the parties, dismisses the within case with prejudice.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 31, 2018